AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 19, 2026*

| United States of America | ) | |
|---|---|---|
| v. | ) | Nathan Ochsner, Clerk of Court |
| Ali Homoud Alnaimi | ) | Case No. **3:26-MJ-0025** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 16, 2026 - July 18, 2026   in the county of   Galveston   in the
Southern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See attached document titled, "AFFIDAVIT"

☑ Continued on the attached sheet.

*Matthew A. Cauley*
*Complainant's signature*

Matthew Cauley HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   7-19-26

*Judge's signature*

City and state:   Bend, OR

Andrew M. Edison, U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|