**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

**IN THE MATTER OF:** §
Ali Homoud ALNAIMI § Case No. __3:26-MJ-0025__
§

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew A. Cauley, being duly sworn, hereby depose and state the following:

1. I, Matthew A. Cauley, am currently employed as a Special Agent with the United States Department of Homeland Security (DHS) Homeland Security Investigation (HSI). I have been employed as an HSI Special Agent since September 2025. Prior to my employment with HSI, I was a criminal investigator in the State of Texas from 2018 -2025, and I was assigned to the HSI Galveston Office for approximately three and a half years as a cross designated federal Task Force Officer with HSI. As a Texas Peace Officer I was involved in the arrest of thousands of individuals, supervised a criminal investigations division, was deputized as a Special Deputy US Marshal, participated in specialized units, and led large scale operations to combat organized crime. Finally, in connection with my relevant law enforcement experience, I hold a master's degree in criminal justice. As an HSI Special Agent, I have been tasked to investigate and enforce violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. During my career with HSI, I have executed numerous search warrants for residences, electronic devices, internet service providers, documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I have investigated numerous cases involving child pornography and the sexual exploitation of children, and testified in trials, detention hearings, and grand jury proceedings regarding child sexual exploitation. I have also participated in volunteer training for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256. I am also currently an active member and investigator for the Houston Metro Internet Crimes Against Children Task Force (HMICAC).

2. This Affidavit is made in support of a criminal complaint charging Ali Homoud ALNAIMI with violating Title 18, United States Code, Section 2252A(a)(1) (Transportation of Child Pornography). I am familiar with the information contained in this Affidavit based upon the investigation conducted by federal agents and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of violations of Title 18, United States Code, Sections 2252A(a)(1) and (a)(5), have been committed by Ali Homoud ALNAIMI between on or about June 12, 2026 and continuing through July 18, 2026. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4. On July 15, 2026, United States Customs and Border Protection (CBP) Galveston was contacted by the National Targeting Center regarding a passenger, identified as Ali Homoud ALNAIMI (DOB:) on the Royal Caribbean vessel, Symphony of the Seas. This vessel was out of the United States and set to return to port in Galveston on Saturday July 18, 2026, at approximately 8:00 a.m. ALNAIMI was listed as high risk for child sexual abuse material (CSAM).

5. On July 18, 2026, ALNAIMI entered the United States on the same vessel he departed from and was detained by CBP onboard the vessel at approximately 7:30 a.m. ALNAIMI was then removed from the ship and taken to a secure area within the port. His cellular devices were searched for contraband in accordance with a lawful border search upon entry into the United States.

6. During the border search, CBP Officer A. Soto observed apparent CSAM within an Apple iPhone possessed and operated by ALNAIMI and contacted me regarding the findings. I responded to the port and reviewed the contraband files seen on this same Apple iPhone and observed numerous videos depicting child pornography within the WhatsApp application installed on the cellular device of ALNAIMI.

7. Three of the files observed on the cellular device of ALNAIMI are summarized as follows:

   a. Video file depicting a partially nude prepubescent male child between the approximate ages of 3-5 years old. The erect penis of this male child is visible as he gets on top of an apparent adult female laying on her stomach and begins to penetrate the anus/vaginal area of the adult from behind. This video meets the legal definition of child pornography as defined in Title 18, United States Code, Section 2256.

   b. Video file depicting a prepubescent male child between the approximate ages of 3-5 years old sitting in between apparent adults while watching pornographic material on a cellular device. The erect penis of this child is then exposed by one of the adults as the child continues to watch the pornographic material being shown to him. This video meets the legal definition of child pornography as defined in Title 18, United States Code, Section 2256.

   c. Video file depicting a prepubescent male child between the approximate ages of 3-5 years nude in an outdoor setting. The penis of this same child is erect, and an adult female can be seen in the video wearing a dress. The child is later seen in this video placing his face under the dress of the adult female near her anus and vagina while still erect. This video meets the legal definition of child pornography as defined in Title 18, United States Code, Section 2256.

8. I interviewed ALNAIMI regarding this investigation at the port in a secure interview room on July 18, 2026. I provided ALNAIMI with a Statement of Rights (Miranda form) that was read verbatim and later signed and acknowledged by ALNAIMI who waived his rights and agreed to speak with me.

9. ALNAIMI confirmed that he was a citizen of Qatar who was present in the United States for work with the FIFA World Cup. ALNAIMI originally arrived and was admitted into the United States on June 12, 2026, on a temporary visitor visa. He since traveled to multiple states and cities within the United States during his time here, and had taken a cruise before he planned to return to Qatar. ALNAIMI confirmed the Apple iPhone device which contained child pornography was his, and that he was the only person who operated and had access to

the device. ALNAIMI acknowledged having received the child pornography located on his cellular device and stated that the material was sent to him by a friend in Qatar.

10. ALNAIMI stated these child pornography files and other non-CSAM pornography observed on the device were sent to him years ago. I observed child pornography on the device that appears to have been received as early as 2021. Additionally, an image was located within a WhatsApp chat on this same device that showed ALNAIMI'S apparent WhatsApp profile sending an image depicting child pornography to a group of users. The image depicted a prepubescent male child approximately 3-5 years old nude with his genitals being squeezed by pliers.[1] Therefore, there is probable cause to believe ALNAIMI transported child pornography when he traveled from Qatar to the United States on June 12, 2026, when he traveled between various states, and when he arrived in the Southern District of Texas on July 18, 2026.

**CONCLUSION**

11. Based on the information set forth above, there is probable cause to believe that on or about June 12, 2026 and continuing through July 18, 2026, Ali Homoud ALNAIMI, committed violations of Title 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography).

*Matthew A. Cauley*
_____
Homeland Security Investigations
SA Matthew A. Cauley

Subscribed and sworn telephonically before me this ___19th___ day of July 2026 and I find probable cause.

_____
Andrew M. Edison
United States Magistrate Judge

---

[1] This distribution appears to have occurred prior to ALNAIMI's current visit to the United States.