**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

United States of America

§
§
§
*versus* § Case No. 3:26–mj–00025
§
§
§
Ali Homoud Alnaimi §


## ORDER OF DETENTION PENDING HEARING


A hearing in this case is scheduled as follows:


Bond Hearing
July 31, 2026 at 10:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002


**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date: July 30, 2026


Christina A. Bryan
United States Magistrate Judge